# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL STARK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GRILL CREATIONS LIMITED LIABILITY COMPANY,<br><br>*Defendant*. | Case No. 2:22-cv-1072<br><br>**CLASS ACTION** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Michael Stark, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Michael Stark, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: April 29, 2022

Respectfully Submitted,

**DAPEER LAW, P.A.**
*/s/ Rachel Edelsberg*
Rachel Edelsberg, Esq.
New Jersey Bar No. 039272011
rachel@dapeer.com
3331 Sunset Avenue
Ocean, New Jersey 07712
Telephone: (305) 610-5223

*Counsel for Plaintiff and the Class*

SO ORDERED.

_____
Hon. Susan D. Wigenton
United States District Judge
Dated: May 2, 2022